| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>David G. Jones, Bar No. 186507<br>Santiago Rodnunsky & Jones<br>5959 Topanga Canyon Boulevard, Suite 220<br>Woodland Hills, California 91367<br>TEL: (818) 884-3400    FAX: (818) 593-7086 | FILED<br><br>2013 MAR 19  PM 3: 50<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY _____ |
| ATTORNEYS FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON VAN DYKE, an individual,<br><br>                         Plaintiff(s),<br>v.<br><br>LIONS GATE ENTERTAINMENT INC., a Corporation; FRIENDS MEDIA, LLC, a Limited Liability Co.; and DOES 1 through 20, Inclusive,<br>                         Defendant(s) | CASE NUMBER:<br><br>SACV13-454-JST (ANx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff JON VAN DYKE
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Jon Van Dyke | Plaintiff |
| Lions Gate Entertainment, Inc. | Defendant |
| Friends Media, LLC | Defendant |
| Yorba Linda Friends Church | Potential Pecuniary Interest |

March 19, 2013
Date

Sign

David G. Jones, Esq.
Attorney of record for or party appearing in pro per