UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 13-454-JLS (ANx)                                         Date:  April 17, 2014
Title:  Jon Van Dyke v. Lions Gate Entertainment Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                         Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO COMPLY WITH COURT ORDER**

    On March 11, 2014, the Court ordered the Clerk to seal several filings by Defendant Lions Gate Entertainment, Inc., as an agreement included in the filings contained sensitive personal information—in particular, Social Security numbers.  (Order, Doc. 43; *see* Docs. 33-1 at 13, 35-1 at 13, 41-1 at 16.)  The Court further ordered Lions Gate to "immediately file redacted versions of these documents."  (Order at 1.)  To date, more than a month later, Lions Gate has failed to do so.

    **Accordingly, the Court sets an Order to Show Cause hearing for May 23, 2014, at 2:30 p.m., at which time Lions Gate shall show cause as to why this Court should not issue monetary sanctions for failure to file redacted documents pursuant to the Court's Order.  Any written response to this Order to Show Cause shall be filed no later than May 9, 2014.**

                                                                            Initials of Preparer:  tg